**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SHARMA SOURABH,

      Petitioner,

v.                                                                    No. 1:26-cv-00181-DHU-GBW

MARKWAYNE MULLIN, in his official capacity as
Secretary of the Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Attorney General of the United
States; TODD LYONS, in his official capacity
as Acting Director and Senior Official
Performing the Duties of the Director of U.S.
Immigration and Customs Enforcement;
MARY DE ANDA YBARRA, in her official
capacity as Field Office Director of the El
Paso Field Office of U.S. Immigration and
Customs Enforcement, Enforcement and
Removal Operations; GEORGE DEDOS, in
his official capacity as Warden of the Cibola
County Correctional Center,

      Respondents.

**ORDER DIRECTING CLERK TO ELECTRONICALLY SERVE RESPONDENTS AND
FOR RESPONDENTS TO SHOW CAUSE**

THIS MATTER is before the Court on Petitioner's Amended Petition for Writ of Habeas

Corpus ("Petition"). Doc. 6. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and

requests, *inter alia*, that the Court order Respondents to immediately release him from immigration

custody or, alternatively, order Respondents to provide him with a constitutionally adequate bond

hearing. *Id.* at 26 ¶ 5.

Pursuant to the District of New Mexico's Standing Order regarding service of process in

1

immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28 U.S.C. § 2254). Pursuant to this Standing Order, the Court directs the Clerk's office to electronically serve copies of the Petition and this Order on Respondents through the CM/ECF system, or alternatively, by certified mail.

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Pursuant to the Standing Order regarding service, **IT IS HEREBY ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of this Order. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2